

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Case:2:22-cv-12499
Judge: Edmunds, Nancy G.
MJ: Ivy, Curtis
Filed: 10-18-2022 At 02:28 PM
PR TUBBS V. LEWIS ET AL (NA)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No

*(check one)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

# Complaint for Violation of Civil Rights
# (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    Robert Tubbs

All other names by which you have been known:

Tubbs

ID Number               58201039
Current Institution     FDC Milan
Address                 P.O. Box 1000
                        Milan Mi 48160

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name                    Michael Lewis
Job or Title            N.P Sanilac countys N.P.
(if known)
Shield Number
Employer                Sanilac County Jail
Address                 605 N. Elk U

☐  Individual capacity            ☑  Official capacity

2

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

Defendant No. 2

Name | James Anderson
Job or Title (if known) | Correctional Officer
Shield Number |
Employer | Sanilac County Jail
Address | 65 N. Elk
Sandusky MI

☐ Individual capacity        ☑ Official capacity

Defendant No. 3

Name | M. Tank
Job or Title (if known) | Correctional officer / Sgt.
Shield Number |
Employer | Sanilac county Jail
Address | 65 N Elk
Sandusky MI

☐ Individual capacity        ☑ Official capacity

Defendant No. 4

Name | C.O. Willing
Job or Title (if known) | Correctional Officer
Shield Number |
Employer | Sanilac County Jail
Address | 65. N. Elk
Sandusky Mi

☐ Individual capacity        ☑ Official capacity

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☑     Federal officials (a *Bivens* claim)

☑     State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

My Due Process & 8th Amendment
(Cruel And unusual Punishment)

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attached

I injured my sholder working out, i told Staff that i was in the worst pain i ever felt in my life and that i think my sholder is out of place at the time i was on Knees crying Staff gave me nothin and told me only way i was going to hospital was if i was Bleeding out. After 5 to 6 hours of me crying and screaming for help i asked N.P. michael Lewis By this time Co. James Anderson, Co. Willing Sgt. Tank had jump on me with all their weight and co. James Anderson had tazed me because i could put my left Arm Behind my Back C.O. James Anderson tazed me to i lost my Breath then forced my Arm Behind my Back. i was then forced into a restraint chair where Staff broke my left Arm strap to the chair. all this was done to me Because i was kicking the Door for help and the window broke i started kicking the window Because Staff was refusing my help By not taking me to the hospital and Sgt. Tank turned the phone off so my family couldn't call home to tell my family how i was Being mistreated Dr. michael lewis came later while i was strapped down to chair

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

5

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.



N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.



Sanilac County Jail Sandusky MI around and or about at 5 Am when i informed C.O,S 11-13-21

C.    What date and approximate time did the events giving rise to your claim(s) occur?

on or Around 11-13-21 around 4-5 Am

6

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was refused medical treatment, Did not go to hospital for 2 days and that was only for X-Rays. i was tazed Because. i couldn't put my Dislocated Arm behind my Back. By C.O. James Anderson. Till this day my sholder is Still portly out of place, i was forced to take med to sedate me By Dr. michael. Sanilac county Jail Sgt. Tank turn the phone off to keep me from calling my family and lawyer for help. every thing that Sanilac county Jail Did to me was Deliberate indifference to my serious medical Needs Staff intentionally denying and delaying me Access to medical is cruel and unusual punishment. I Still haven't Been Seen By anyone that can help with injury im now on a waiting list at another facility. Don't have full function of my Arm. Sgt. Tank cut phone off on me to keep me from calling family and refused to take me to hospital. Co. Anderson, Co. willing Co./Sgt. Tank all forced them Sellers on me and co. Anderson Tazed me for not Putting left arm Behind Back. Tazed me till i couldn't Breath, Stg. Tank also put a spit mask over my face and told me shout up Never once did i spit at staff or resist. One other inmate saw that was in holding cell Next to me Do not Know who inmate was Staff moved me to a Holding cell from my cell where i was By my self where they cut the phones off, pushed me while i was on my knees then Tazed me and forced me in a restraint chair all Because i was screaming and Kicking Begging Staff for Help.

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have a dislocated shoulder that is still out of place 4 months later. i have Been taking Duloxetine for pain But it never goes away im at another facility on a waiting list to Be seen for my injury had X-Ray again on or around 6-6-22 was told my head nurse at FDC milan that my shoulder is still very Bad and still party dislocated. Please contact F.D.C. milan for X-Rays and medical Records.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Asking for 250,000.00 in Compensatory Damages 50,000.00 in punitive Damages. I am asking for this amount Because A serious medical condition carries with it A serious medical need. when officials fails to provide treatment for a detainees serious medical condition the detainee has endured an objectively serious deprivation Leavitt v Corr Med, Serv, Inc 645 F3d At 560 (1st cir 2011); Blackmoor v Kalamazoo city 390 F3d At 896-899 (6th cir 2004) as a Delay in treatment led to An adverse health outcome there is evidence that verifies a Detrimental effect of the Delay in treatment Napire v Madison city 238 F3d At 742 6th cir 2001 As knowledge of a particular medical condition establishes intent. NP. Michael Lewis, James Anderson an co. Witting who faxed me Because i couldnt place an Arm with a dislocated shoulder Behind my Back, and sgt Mc Truth who had me strapped to a chair with a Dislocated Shoulder they have Deputtys ignored and failed to My pain they have perceived Factor see Comstock v Mc crery 273 F3d 753 (6th cir 2001) to take measures to Abate the Risk
See Attached

**VII. Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Sanilac County Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All my claims of being Refused medical treatment and of Dr. Michael making me take mental Health meds in order for him to speake to him about my injury.

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

N/A   only at Sanilac county Jail

2. What did you claim in your grievance?

That i was refused to be taken to hospital and that i was tazed for not being able to Move my arm when Staff Knew i had injury also that i was Kept in cell where i was alowed shower or let out for 72 hours.

3. What was the result, if any?

they denied everything told me that Staff giving me Motrin means i was not Denied Medical care. was shipped to another facility 2 week later.

10

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

4.  What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

Yes the Grievance process is complet i filled out about 3 of them. Will Be Attatched

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

NA

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I Had my family as well as my lawyer all up to Sanilac county Jail and make complaints that is how i was taken to hospital 2 days later for X-Rays

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

 ☐   Yes

☑   No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.



A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

 ☐   Yes

☑   No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.   Parties to the previous lawsuit

        Plaintiff(s)   _____

        Defendant(s)  _____

    2.   Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3.   Docket or index number

        _____

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

4.      Name of Judge assigned to your case

*N/A*

5.      Approximate date of filing lawsuit

*N/A*

6.      Is the case still pending?

☐      Yes

☐      No

If no, give the approximate date of disposition. _____

7.      What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

*N/A*

C.      Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐      Yes

☒      No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.      Parties to the previous lawsuit

Plaintiff(s) _____ *N A* _____

Defendant(s) _____

2.      Court *(if federal court, name the district; if state court, name the county and State)*

3.      Docket or index number

_____

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

4.      Name of Judge assigned to your case

_____

5.      Approximate date of filing lawsuit

_____

6.      Is the case still pending?

☐      Yes

☐      No

If no, give the approximate date of disposition. _____

7.      What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  __8 / 25__ , 20_22_ .

Signature of Plaintiff  _Robert Tubbs_

Printed Name of Plaintiff  _Robert Tubbs_

Prison Identification #  _58201039_

Prison Address  _P.O. Box 1000_

_Milan_              _Mi_              _____

    City              State              Zip Code

14

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

**Additional Information:**

Dr. michael Lewis refused to look at my Shoulder / Arm unless i took Some Meds i told him i Been taking motrin all day its not working and that i need to go to hospital He then told me it was for mental health i told him im not taking it that has nothing to do with my injury he then Started walking out as if he wasn't going to see me. i Started Screaming please help me and crying he then walked BacK in an Said the only way he will See me if i take the Meds. I told him OK ill take whatever he wants Just help me. Dr. michael gave me the meds looked at my Arm and told i may have pulled a musel. Days later i found that i was Being Druged the pill he was giving was making me Sleep all Day i also was taking to Hospital 2 days later and it was Found that my shoulder was dislocated from my collor Bone with muscel tissue weged in Between my shoulder Bone and collor Bone and that the meds that Dr. michael had me on was Banded from all FED facilities to this day i Still dont Know the Meds i was on Because Soon as i was taken to milan federal facility they took me of Some day. i never got help for my Shoulder its Been 9 months i Just had X Ray last month was told my Shoulder is in Bad condision Been taking pain meds for it for 9 months now Still waiting on records to see what the Drug Dr. michael had me on Just now getting copies of X Rays it on USB Dont Know Should i Submit to Courts.

Attachment to VI Relief

As the Supreme court has said that "intentional Denial or Delay of medical Care is Deliberate indifference" Estelle V Gamble 429 US at 104-105 ('1976)

Where it is immediatly Apparent that A delay would detrimentally exacerbate the medical problem, the Seriousness of the detainees medical condition also may be decided by reference to the effect of the delay in treatment.

Jail officials must provide a system of ready Access to Adequate medical care Illness that provides Access to Medical Staff who are competent to examine Diagnosis illness and treat Problems OR refer inmates to those who Can. Graves V Arpaio '48 F Supp3d At CD AZ 2014

The courts have specifically held that "A prisoner who suffers pain needlessly when relief is readily Available has a cause of Action against those whose deliberate indifference is the cause of his suffering Bureth V wiscomb 930 F2d At 1154- 1155 (6th cir 1991)

The pain endured is itself sufficient to constitute cruel & unusial punishments

Sanilac County Sheriff's Office                    Forms Detail Report 

**221**
**Grievance Form**                                                    **Complete**
Submitted: 11/12/2021 6:39 PM                          Processed: 11/12/2021 9:23 PM

**ROBERT LEE TUBBS**
Location: C-Pod / Commons
Identifier: 289572
Gender: Male
Birthdate: 10/2/1991

**Fields**

Date of the incident:
11/8/2021

Were staff involved?
Yes

Were there witnesses?
Yes

In your own words describe what happened
Was put on suiside watch in a frezzing cold cell no mat no blanket in a suiside suit that was too small and had my ass and balls hanging out imates were pointing at me telling me my ass was hanging was told that was the biggest they had but staff only tried me on 2 suits 19 hours frezzing cold to the point i couldnt sleep with a suit that ripped open everytime i sat or layed down with my penis and ass hanging out . out of 5days of being on suiside watch was givin 1 shower

**Responses**

As I have explained to you numerous times that is suicide watch practice. You had the biggest gown we have and I told you that as well. The other ones were even smaller
*Aaron Morden @ 11/12/2021 9:23 PM*



Sanilac County Sheriff's Office                    Forms Detail Report 

**257**
**Grievance Form**                                                              **Complete**
Submitted: 11/16/2021 10:04 PM                            Processed: 11/17/2021 11:54 PM

**ROBERT LEE TUBBS**
Location: **C-Pod / Commons**
Identifier: **289572**
Gender: **Male**
Birthdate: **10/2/1991**

**Fields**

Date of the incident:
**11/13/2021**

Were staff involved?
**Yes**

Were there witnesses?
**Yes**

In your own words describe what happened
Around 2am on saturday i woke up with pain shooting from my neck arm and back. I let the next c.o. that were doing thir round know and was giving motrin the pain only got worse i could not go back to sleep so I let sgt.morden know he told me he would let the nurse know in the AM.I stayed up till lights was on and ask to see a doctor by this I was in so much pain it was bringing me to my knees. c.o.Anderson and another co.took me to medical and took my vidal. i told that I think i pulled somthing or dislocated my arm then then told me that they call the nurse and the docter.2 hours passed then they called me to see nurse jenny who was trying to draw blood i told her that drawing blood is not going to help me that i needed an xray an to be seen by a doctor she then told me im not going to any hospital an mike will be to see me by this time saff gave me more mortin & muscel relxer witch did nothing 5hours later on my knees begging for help I was took down to holding were staff cut my phon

**Responses**

protocol was followed as to getting you medical attention. Deputies tried assisting you by giving you motrin and then checked your vitals. Then the nurse saw you and when you weren't happy with her response she told you she would contact the NP. He then came in to see you I believe twice throughout the day saturday.
*Aaron Morden @ 11/17/2021 11:54 PM*



Sanilac County Sheriff's Office                    Forms Detail Report  

**258**
**Grievance Form**                                                    **Complete**
Submitted: 11/16/2021 10:26 PM                          Processed: 11/17/2021 11:55 PM

**ROBERT LEE TUBBS**
Location:  C-Pod / Commons
Identifier:  289572
Gender:  Male
Birthdate:  10/2/1991

**Fields**

Date of the incident:
**11/13/2021**

Were staff involved?
**Yes**

Were there witnesses?
**Yes**

In your own words describe what happened
On saturday for 5 to6 hours i asked staff co. anderson co.adamzie co.willings and nurse jenny i begg them to help me and to let me see a doctor all they did was give me motrin and refused me to go to the hospital the pain was so bad that i was on my knees most of that morning witch can be seen on camara. the same staff took me down to hold in cell4 where they shut my phone off to keep me from call my family for help this can also be seen on camara. sgt.tank then came to the cell antaginizing be being rude and disrespectful she also slammed the cell door so hard that it poped back open witch can also be seen on camara. then she came and slamed it again telling me to shut the fuck up. i told ber all i wanted to do was call me family for help. thats when i started beating on the cell door for help i kicked it once and it broke because sgt.tank had just slammed it now im the blame fro a window that sgt.tank help brake.i was told to go to the back wall i complied wit all orders an tazed

**Responses**

You were not denied a doctor, our jail doctor came in to see you. Also, you didn't comply with orders because you didn't follow the orders they gave you.
*Aaron Morden @ 11/17/2021 11:55 PM*



Sanilac County Sheriff's Office

Forms Detail Report 

266
Grievance Form
Submitted: 11/17/2021 9:13 PM

Complete
Processed: 11/17/2021 11:57 PM

**ROBERT LEE TUBBS**
Location: C-Pod / Commons
Identifier: 289572
Gender: Male
Birthdate: 10/2/1991

### Fields

Date of the incident:
11/13/2021

Were staff involved?
Yes

Were there witnesses?
Yes

In your own words describe what happened
After being took down to holding 4staff sgt.tank,c.o.Anderson,c.o.willing,c.o.adamzze all just sat there as i begg for help i told them that it was the worst pain i had ever felt that all told me it i was going to be fine its nothing wrong i told then my arm feels out of place and that i needed an xrax sgt.tank along with nurse jenny told me that the only way was going to a hospitol is if i was bleeding out and about to die.after banging and kickkng the door for help i was told to go to the back of cell and get on my knees. staff then rushed me told me to lay down i did everthing i was told to do. staff still put all there weight on my back on bad arm to the point that i could not breath when asked to put my left arm behind my back my c.o.Anderson i told him thats was my bad arm an i couldnt put it all the way behind my back he then yelled it again and tazed till i lost my breath.staff then put me in a restraing chair twisting and turning my amr.xray show my arm was disconected by muse

### Responses

The only way you get taken to the hospital is if the nurse and doctor have seen you and send you there. If the nurse on staff and the doctor who works at the jail don't feel it is an emergency situation, then we do not overrule the medical professionals and take you to the hospital. They are in charge of medical situations
*Aaron Morden @ 11/17/2021 11:57 PM*





Sanilac County Sheriff's Office

Forms Detail Report

**268**
**Grievance Form**                                                          **Complete**
Submitted: 11/17/2021 9:20 PM                          Processed: 11/17/2021 11:58 PM

**ROBERT LEE TUBBS**
Location: C-Pod / Commons
Identifier: 289572
Gender: Male
Birthdate: 10/2/1991

**Fields**

Date of the incident:
11/13/2021

Were staff involved?
Yes

Were there witnesses?
Yes

In your own words describe what happened
On the morning of 11-13-21 I was having the worst pain I ever felt in my life so willing and mercy they gave me on hot pack and told me to put it on my shoulder the pack was so hot that it burned my shoulder and back

**Responses**

The hot packs are prepackaged and heat up when you break the packet inside. All hot packs are the same we dont heat them up ourselves. If it was so hot that it was burning you, you could have taken it off so you didnt get burnt.
*Aaron Morden @ 11/17/2021 11:58 PM*

Sanilac County Sheriff's Office

Forms Detail Report 

**269**
**Grievance Form**
Submitted: 11/17/2021 9:29 PM

**Complete**
Processed: 11/17/2021 11:46 PM

**ROBERT LEE TUBBS**
Location: C-Pod / Commons
Identifier: 289572
Gender: Male
Birthdate: 10/2/1991

**Fields**

Date of the incident:
11/13/2021

Were staff involved?
Yes

Were there witnesses?
Yes

In your own words describe what happened
sgt.tank and c.o.anderson has had me in cell 3h holding over 72hours violating my rights never gave me my hour by law i am allowed 1hour out. i also wasnt givin a shower for over 72hours staff has been violating my rights and treating me less then not just me but other imates as well we need help for the way were being treated

**Responses**

You are being held in holding due to your behavior breaking a window and getting placed in the restraint chair. You were placed in holding on saturday morning and were given rec as soon as you asked about it on tuesday. Also, you refused a shower offered to you on tuesday
*Aaron Morden @ 11/17/2021 11:46 PM*



Sanilac County Sheriff's Office | Forms Detail Report 

**270**
**Grievance Form** | **Complete**
Submitted: 11/17/2021 9:46 PM | Processed: 11/17/2021 11:48 PM

**ROBERT LEE TUBBS**
Location: C-Pod / Commons
Identifier: 289572
Gender: Male
Birthdate: 10/2/1991

**Fields**

Date of the incident:
11/13/2021

Were staff involved?
Yes

Were there witnesses?
Yes

In your own words describe what happened
the head nurse mike made me take a meds in order for me to speake with him dont even know what it is but when i was in pain and tied down to a chair he told me i had to take a pill to relax me and now has me taking them day to day.the nurse mike also refused an xray for 2 days when i told him somthing was wrong with my bone he told me it was just muscel spazems i begg him told him i couldnt sleep and he said yeah rite. on monday i was taken for an xray 2 days later and on tuesday found out my shoulder blade and collerbone is not conected because of a muscel. mike lied to me bout my shoulder and health and refused me to go to the hospitol i still havent seen a real doctor and dont trust mikes opinion

**Responses**

We don't force anyone to take medication. I believe he offered you medication to help calm you down and to help your muscles.
*Aaron Morden @ 11/17/2021 11:48 PM*



Sanilac County Sheriff's Office

Forms Detail Report 

**271**
**Request Form**                                                                                    **Complete**
Submitted: 11/17/2021 10:07 PM                                              Processed: 11/17/2021 11:49 PM

**ROBERT LEE TUBBS**
Location: C-Pod / Commons
Identifier: 289572
Gender: Male
Birthdate: 10/2/1991

**Fields**

Please describe the nature of your request in as much detail as possible:
I need bage numbers and full names of sgt.tank and all officers that worked along wit nurse jenny and mike 11-13-21 is the date that they all worked co willing and co.adamze

**Responses**

Sgt Tank, Deputy Anderson, Deputy Willing, Deputy Adamczyk, Deputy Verran, Deputy Smith and Deputy Kaatz
*Aaron Morden @ 11/17/2021 11:49 PM*



Sanilac County Sheriff's Office

Forms Detail Report 

**278**
**Grievance Form**
Submitted: 11/18/2021 11:00 PM

**Complete**
Processed: 11/19/2021 8:58 AM

**ROBERT LEE TUBBS**
Location: C-Pod / Commons
Identifier: 289572
Gender: Male
Birthdate: 10/2/1991

**Fields**

Date of the incident:
11/13/2021

Were staff involved?
Yes

Were there witnesses?
Yes

In your own words describe what happened
After i was tazed by c.o.Anderson staff nore a nurse checked my vital blood pressure,witch can be seen on camara i have been light headed every since

**Responses**

A tazer deployment does not automatically require a set of vitals to be taken. There is no grievable issue.
*Nichole Keinath @ 11/19/2021 8:58 AM*





Sanilac County Sheriff's Office                                    Forms Detail Report

279
Grievance Form                                                              Complete
Submitted: 11/18/2021 11:08 PM                              Processed: 11/19/2021 8:58 AM

ROBERT LEE TUBBS
Location: C-Pod / Commons
Identifier: 289572
Gender: Male
Birthdate: 10/2/1991

**Fields**

Date of the incident:
11/12/2021

Were staff involved?
Yes

Were there witnesses?
Yes

In your own words describe what happened
I was denied a doctor and there was somthing really wrong with me as seen on my xray. today I just seen a imate rushed to the hospitol for chest pains he
is also a white imate and when he came back there was nothing really wrong with him. so we know staff really do treat OTHER imates different.

**Responses**

Not a grievable issue or comment
*Nichole Keinath @ 11/19/2021 8:58 AM*

Sanilac County Sheriff's Office

Forms Detail Report 

**280**
**Request Form**
Submitted: 11/18/2021 11:12 PM

**Complete**
Processed: 11/19/2021 8:59 AM

ROBERT LEE TUBBS
Location: **C-Pod / Commons**
Identifier: **289572**
Gender: **Male**
Birthdate: **10/2/1991**

**Fields**

Please describe the nature of your request in as much detail as possible:
I would like copies on my grievances from 11-12-21 thru 11-18-21 to have on my person. please and thank

**Responses**

You will have to request them from your attorney.
*Nichole Keinath @ 11/19/2021 8:59 AM*





Robert (Debo)
FDC Milan Correctional Facility
P.O. Box 1000
Milan, MI 48160

PR

Clerks offices
U.S. District Courts
231 W. Lafayette 5th Floor
Detroit, MI 48226

U.S. MARSHALS

Complex MI 480
18.13 OCT 2022 PM
ZIP